UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ALARIC J. GREENLEE,

        Plaintiff,

v.

SPEEDWAY LLC,

        Defendant.

Case No. 21-CV-462

---

## STIPULATION TO DISMISS

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties to the above-captioned action, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the parties have privately resolved the claims at issue in this case and the action shall therefore be dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted this 1st day of April, 2022.

| | |
|---|---|
| OS MIRZA LAW, LLC | KASDORF, LEWIS & SWIETLIK S.C. |
| *s/ Osman A. Mirza* | *s/ Jason P. Gehring* |
| Osman A. Mirza | Jason P Gehring |
|   WI State Bar No. 1104438 |   WI State Bar No. 1061084 |
| 757 North Broadway Street, Suite 300 | One Park Plaza – 5th Floor |
| Milwaukee, WI 53202 | 11270 West Park Place |
| (414) 553-9266 - Telephone | Milwaukee, WI 53224 |
| (414) 296-8433 - Facsimile | (414) 577-4000 - Telephone |
| osman@osmirzalaw.com | (414) 577-4400 - Facsimile |
| *Attorneys for Plaintiff* | jgehring@kasdorf.com |
| | *Attorneys for Defendant* |